| | |
|---|---|
| 1 | LAW OFFICES OF CHRISTIAN J. GARRIS |
| 2 | CHRISTIAN J. GARRIS  SBN 175808<br>633 West Fifth Street, 28th Floor |
| 3 | Los Angeles, California 90017<br>Telephone: (213) 624-2900 |
| 4 | Facsimile: (213) 624-2901<br>Email: cjg@christiangarris.com |
| 5 | Attorneys for Plaintiff            JS-6 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LOGAN BARROWES, | Case No. 2:CV08-8659 R (PJWx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | Judge:  Hon. Manuel Real |
| AETNA HEALTH OF CALIFORNIA, INC. and DOES 1-50, inclusive, | Ctrm.:  8 (Spring) |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Judgment shall be entered in favor of Logan Barrowes ("Plaintiff") and against Defendant Aetna Health of California, Inc., ("Aetna") as follows:

1. Plaintiff was insured by Aetna under a health insurance policy issued by Aetna under which Plaintiff was a participant.

2. In September 2007, Plaintiff underwent brain surgery and incurred $194,109.66 in medical bills as set forth in Plaintiff's Trial Brief, Garris Declaration, Exhibit Z. (Docket No. 18-6, pp. 45-64.)

3. Plaintiff timely submitted the bills to Aetna, which Aetna refused to pay. Plaintiff timely appealed, and Aetna reconfirmed their denial.

4. Plaintiff filed this action on August 17, 2008, seeking the recovery of the unpaid health insurance benefits from Aetna.

5. The matter was fully brief by the parties and was tried by the Court on March 29, 2010. The Court found in favor of Aetna and entered judgment on April 29, 2010. Aetna did not contest the amount of the benefits due at the time of trial.

6. Plaintiff timely appealed on May 17, 2010.

7. The Ninth Circuit reversed, finding that the claims were covered, issuing its mandate on April 9, 2012.

8. Therefore, the Court orders judgment in favor of Plaintiff and against Aetna in the amount of $194,109.66.

9. Plaintiff shall file motions for attorney fees, costs, and interest.

IT IS SO ORDERED.

DATED: _May 23, 2012_     By:_____
                             Hon. Manuel Real
                             United States District Judge

*Submitted by:*

Dated: May 23, 2012         LAW OFFICES OF CHRISTIAN J. GARRIS


                            By:_____
                               Christian J. Garris, Esq.
                            Attorneys for Plaintiff Logan Barrowes

— 2 —
**Judgment**